THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MIGUEL RUGAMA, Appellant.

(Argued March 15, 1933; decided April 11, 1933.)

*David Shivitz, Louis Lefkowitz* and *Bernard Reiss* for appellant.

*Thomas C. T. Crain, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* STEPHEN R. WITHERILL, Appellant.

(Submitted April 10, 1933; decided April 12, 1933.)

*William D. Ingram, District Attorney,* for motion.
*Saul Kauffman* opposed.

Motion to dismiss appeal or for substitution of an attorney for the appellant denied. Case set down for argument on April 17, 1933.